JON M. SANDS
Federal Public Defender
District of Arizona
250 N. 7th Avenue, Suite 600
Phoenix, Arizona 85007
Telephone: 602-382-2700

CHALET BRAZIEL, FP016
Asst. Federal Public Defender
Attorney for Defendant
chalet_braziel@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Osbaldo Vargas,

Defendant

Case No. CR-21-00740-PHX-SMB

**DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT**

Mr. Vargas, by and through undersigned counsel, respectfully submits the following objections to the Presentence Investigation Report ("PSR"). Sentencing on this matter is currently set for January 15, 2025.

**Objection to Paragraphs 15 and 20 (Acceptance of Responsibility)**

Paragraphs 15 and 20 contain remarks regarding Mr. Vargas' acceptance of responsibility or lack thereof. The author of the report makes well founded arguments in support of denying Mr. Vargas credit for acceptance of responsibility. Mr. Vargas, however, would like the Court to consider a measure of credit for acceptance of responsibility as he has truthfully admitted his conduct, has largely refrained from engaging in criminal conduct and associations, has made personal efforts to obtain and maintain his sobriety, and once detained quickly assumed

responsibility for his actions in pleading guilty allowing the Government to avoid resolving this matter via jury trial.

Unfortunately, Mr. Vargas was not privy to a drug test upon his most recent arrest and his failures to comply with Pre-Trial Services do not provide the Court with a clear record to confirm his committment to sobriety. He does have family and close ties who are willing to speak to his progress and note that he has been doing exceptionally well now that he is no longer under the influence of illicit substances. Additionally, while Mr. Vargas does come before this Court with an additional criminal conviction for a class 6 possession or use of drug paraphernalia, for which he was sentenced to probation, he asks the Court to consider that he had no other law enforcement contacts during the 15 months that he was on absconder status.

Respectfully submitted: January 10, 2025.

JON M. SANDS
Federal Public Defender

*s/Chalet Braziel*
CHALET BRAZIEL
Asst. Federal Public Defender